IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION



| | |
|---|---|
| CATHERINE SCHIEL-LEODORO, | CV 14–276–M–DLC |
| Plaintiff, | |
| vs. | ORDER |
| NANCY A. BERRYHILL, Commissioner of Social Security, | |
| Defendant. | |

Pursuant to Plaintiff's Unopposed Application for an Award of Equal Access to Justice Act (EAJA) fees filed by and through Plaintiff's attorney, Eric Rasmusson of Bulman Law Associates, and for good cause shown,

IT IS ORDERED that the Motion (Doc. 49) is GRANTED. The Defendant will pay $10,000 in attorney fees under the EAJA.

IT IS FURTHER ORDERED that if, after receiving the Court's EAJA fee Order, the Commissioner: (1) determines upon effectuation of the Court's EAJA fee Order that Plaintiff does not owe a debt that is subject to offset under the Treasury Offset Program; and (2) agrees to waive the requirements of the Anti-Assignment Act, the fees will be made payable to Plaintiff's attorney. However, if

there is a debt owed under the Treasury Offset Program, the Commissioner cannot agree to waive the requirements of the Anti-Assignment Act, and the remaining EAJA fees after offset will be paid by a check made out to Plaintiff but delivered to Plaintiff's attorney.

DATED this 5th day of January, 2018.

Dana L. Christensen, Chief Judge
United States District Court